No. 81–5795. CARTWRIGHT v. CUPP, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied. 

No. 81–5822. KENDZIA v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied. 

No. 81–5887. UNITED STATES EX REL. FULTON v. FRANZEN, DIRECTOR, DEPARTMENT OF CORRECTIONS OF ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied. 

No. 81–5960. VON LUDWITZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 81–5961. VON LUDWITZ v. LAPPIN ET AL. C. A. 9th Cir. Certiorari denied.

No. 81–5968. MOSS v. SECURITIES AND EXCHANGE COMMISSION. C. A. 4th Cir. Certiorari denied. 

No. 81–5986. WILSON ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 81–5988. NETTLES BEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 81–6028. SPINNEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 81–6044. SPRINGER ET UX. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 81–6052. JOHNSTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 81–6070. LEBRIGHT v. CHRISTIAN, UNITED STATES DISTRICT JUDGE, ET AL. C. A. 3d Cir. Certiorari denied.